CLOSED

# U.S. District Court
## District of Montana (Billings)
### CIVIL DOCKET FOR CASE #: 1:21−mc−00011−SPW−TJC

Reciprocity Industries, LLC v. Century Indemnity Company      Date Filed: 10/08/2021
Assigned to: Judge Susan P. Watters
Referred to: Magistrate Judge Timothy J. Cavan
Cause: Civil Miscellaneous Case

**Plaintiff**

**Reciprocity Industries, LLC**     represented by     **Adam J. Tunning**
MOULTON BELLINGHAM, PC
27 North 27th Street, Suite 1900
PO Box 2559
Billings, MT 59103−2559
406−248−7731
Fax: 406−248−7889
Email: adam.tunning@moultonbellingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Elizabeth Antonson**
Moulton Bellingham PC
27 North 27th Street
P.O. Box 2559
Billings, MT 59103−2559
701−360−2001
Fax: 406−248−7889
Email: kat.antonson@moultonbellingham.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Century Indemnity Company**     represented by     **Matthew M. Hibbs**
CROWLEY FLECK, PLLP − BOZEMAN
1915 South 19th Avenue
PO Box 10969
Bozeman, MT 59719−0969
406−556−1430
Fax: 406−556−1433
Email: mhibbs@crowleyfleck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Griffin**
CROWLEY FLECK PLLP − BILLINGS
490 North 31st Street, Suite 500
PO Box 2529
Billings, MT 59103−2529
406−252−3441
Fax: 256−0277
Email: rgriffin@crowleyfleck.com
*TERMINATED: 12/02/2021*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2021 | | Judge Susan P. Watters and Magistrate Judge Timothy J. Cavan added. (JEH) (Entered: 10/08/2021) |

| | | |
|---|---|---|
| 10/08/2021 | 1 | MOTION to Quash. Adam J. Tunning appearing for Plaintiff Reciprocity Industries, LLC Motions referred to Timothy J. Cavan. (JEH) (Entered: 10/08/2021) |
| 10/08/2021 | 2 | Brief/Memorandum in Support re 1 MOTION to Quash filed by Reciprocity Industries, LLC. (Attachments: # 1 Exhibit 1 US Bankruptcy Court Subpoena, # 2 Exhibit 2 9/24/2021 Letter re Subpoena, # 3 Exhibit 3 10/4/2021 Letter re Subpoena, # 4 Exhibit 4 Subpoena) (JEH) (Entered: 10/08/2021) |
| 10/12/2021 | | Filing fee PAID: $ 49.00, receipt number MTX100018292 (AMC) (Entered: 10/12/2021) |
| 10/21/2021 | 3 | STIPULATION *to Extend Time* by Reciprocity Industries, LLC. (Attachments: # 1 Text of Proposed Order) (Tunning, Adam) Modified on 10/21/2021 to correct event type. (JDH). (Entered: 10/21/2021) |
| 10/21/2021 | 4 | ORDER granting 3 Stipulated Motion to Extend Time. IT IS HEREBY ORDERED that Defendant shall file its response by November 15, 2021. Signed by Magistrate Judge Timothy J. Cavan on 10/21/2021. (JDH) (Entered: 10/21/2021) |
| 11/15/2021 | 5 | MOTION to Transfer to *Reciprocity Industries, LLC's Motion to Quash Century's Subpoena to the* Bankruptcy Court for the District of Delaware Robert C. Griffin appearing for Defendant Century Indemnity Company Motions referred to Timothy J. Cavan. (Griffin, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 6 | Brief/Memorandum Opposition re 1 MOTION to Quash filed by Century Indemnity Company. (Griffin, Robert) Modified on 11/16/2021 (AMC). (Entered: 11/15/2021) |
| 11/15/2021 | 7 | Brief/Memorandum in Support re 5 MOTION to Transfer to *Reciprocity Industries, LLC's Motion to Quash Century's Subpoena to the* Bankruptcy Court for the District of Delaware filed by Century Indemnity Company. (Griffin, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 8 | MOTION to Expedite – *Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Reciprocity Industries, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of Delaware* Robert C. Griffin appearing for Defendant Century Indemnity Company Motions referred to Timothy J. Cavan. (Griffin, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 9 | Brief/Memorandum in Support re 8 MOTION to Expedite – *Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Reciprocity Industries, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the* filed by Century Indemnity Company. (Griffin, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 10 | AFFIDAVIT/DECLARATION re 5 MOTION to Transfer to *Reciprocity Industries, LLC's Motion to Quash Century's Subpoena to the* Bankruptcy Court for the District of Delaware, 6 Brief/Memorandum in Support by Century Indemnity Company. (Attachments: # 1 Exhibit 1 – 2021.02.16 (002204.01) Exhibit A, # 2 Exhibit 2 – 2021.08.30 Hearing Transcript of Boy Scouts of America and Delaware BSA LLC, # 3 Exhibit 3 – Emergency Motion 7118 & 7119, # 4 Exhibit 4 – 2020.08.25 (001145.03) Exhibit B (Roberts Declaration with Attached Exhibits A–1 – R), # 5 Exhibit 5 – 2020.08.26 (001165.00) Declaration, # 6 Exhibit 6 – 2020.08.26 (001166.00) Declaration Exhibits, # 7 Exhibit 7 – 2020.10.07 (001429.01) Exhibit A (Redacted), # 8 Exhibit 8 – 2021.02.12 (002211.03) Declaration of Erich J. Speckin, # 9 Exhibit 9 – 2021.08.09 (005923.00) Verified Statement Filed, # 10 Exhibit 10 – 2021.09.06 (006166.00) Letter, # 11 Exhibit 11 – 2021.09.09 (006184.00) Order, # 12 Exhibit 12 – 2021.10.08 (006528.00) Order, # 13 Exhibit 13 – Oct. 4, 2021 Depo Subpoena to Van Arsdale with AoS, # 14 Exhibit 14 – Doc Subpoena with AoS to Van Arsdale, # 15 Exhibit 15 – 10.18.2021 R&Qs, # 16 Exhibit 16 – Van Arsale AVA Objections to Subpoenas – Letter Dated 10–15–21 PLS, # 17 Exhibit 17 – Nov. 12, 2021 Hearing Transcript, # 18 Exhibit 18 – 2021.09.27 (006380.00) Motion, # 19 Exhibit 19 – 2021.10.12 (006598.00) Objection, # 20 Exhibit 20 – 2021.10.27 (006813.00) Letter, # 21 Exhibit 22 – 2021.09.30 (006445.00) Disclosure Statement Solicitation, # 22 Exhibit 23 – 2020.10.13 (001496.00) Omnibus Reply, # 23 Exhibit 24 – 2020.10.14 Hearing Transcript, # 24 Exhibit 25 – 2021.09.14 (006211.10) Reciprocity Industries, LLC Subpoena) (Griffin, Robert) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/16/2021 | 11 | NOTICE of Filing Exhibits *Exhibit 21 – 2021.09.30 Dkt 6443 Solicitation Version of Modified Fifth Amended Plan* re: 10 Affidavit/Declaration,,,,,,, 5 MOTION to Transfer to *Reciprocity Industries, LLC's Motion to Quash Century's Subpoena to the* Bankruptcy Court for the District of Delaware (Griffin, Robert) (Entered: 11/16/2021) |
| 11/19/2021 | 12 | MOTION for Extension of Time to File Response/Reply Adam J. Tunning appearing for Plaintiff Reciprocity Industries, LLC Motions referred to Timothy J. Cavan. (Tunning, Adam) (Entered: 11/19/2021) |
| 11/19/2021 | 13 | Brief/Memorandum in Support re 12 MOTION for Extension of Time to File Response/Reply *in Support of Extension & Opposition to Century's Motion to Epedite* filed by Reciprocity Industries, LLC. (Attachments: # 1 Text of Proposed Order) (Tunning, Adam) (Entered: 11/19/2021) |
| 11/22/2021 | 14 | ORDER. IT IS HEREBY ORDERED that Plaintiffs motion for extension of time (Doc. 12) is **GRANTED**. Plaintiff shall file its reply in support of motion to quash and response in opposition to Defendants 5 motion to transfer by December 6, 2021. Signed by Magistrate Judge Timothy J. Cavan on 11/22/2021. (JDH) (Entered: 11/22/2021) |
| 11/30/2021 | 15 | NOTICE of Appearance by Katherine Elizabeth Antonson on behalf of Reciprocity Industries, LLC (Antonson, Katherine) (Entered: 11/30/2021) |
| 12/01/2021 | 16 | NOTICE of Appearance by Matthew M. Hibbs on behalf of Century Indemnity Company (Hibbs, Matthew) (Entered: 12/01/2021) |
| 12/02/2021 | 17 | NOTICE of Withdrawal of Counsel: Robert C. Griffin withdrawing from the case, filed by Century Indemnity Company (Griffin, Robert) (Entered: 12/02/2021) |
| 12/06/2021 | 18 | Brief/Memorandum in Support re 1 MOTION to Quash, 5 MOTION to Transfer to *Reciprocity Industries, LLC's Motion to Quash Century's Subpoena to the* Bankruptcy Court for the District of Delaware filed by Reciprocity Industries, LLC. (Tunning, Adam) (Entered: 12/06/2021) |
| 04/08/2022 | 19 | ORDER. IT IS HEREBY ORDERED that: (1.) Reciprocitys Motion to Quash (Doc. 1) is DENIED as moot;(2.) Centurys Motion to Transfer (Doc. 5) is GRANTED; and(3.) Centurys Emergency Motion (Doc. 8) is DENIED as moot.(4.) The action shall be transferred to the District of Delaware. Signed by Magistrate Judge Timothy J. Cavan on 4/8/2022. (JDH) (Entered: 04/08/2022) |
| 04/11/2022 | | Remark: Case has been manually transferred to the U. S. Bankruptcy Court for the District of Delaware. A copy of the docket sheet and transfer order has been provided by e−mail to Jason Spencer (jason_spencer@deb.uscourts.gov). (JDH) (Entered: 04/11/2022) |